UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SPENCER NEAL, | Case № 1:25-cv-00076-HAB-ALT |
| Plaintiff, | Hon. Holly A Brady |
| v. | |
| WELCOME FORT WAYNE, LLC, | |
| Defendant. | |

| | |
|---|---|
| COLIN G. MEEKER | ALYSSA F. RICKER (33778-45) |
| (Ohio Bar No. 0092980) | JOHN P HIGGINS |
| Blakemore, Meeker & Bowler, LLC | Stoll, Keenon, Ogden PLLC |
| Attorney for Plaintiff | Attorneys for Defendant |
| 495 Portage Lakes Dr. | One Main St. Ste 201 |
| Akron, OH 44319 | Evansville, IN 47708 |
| (330) 253-3337 | (812)425-1591 |
| cgm@bmblaw.com | alyssa.ricker@skofirm.com |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES

This matter, having come before this Honorable Court by stipulation of the parties and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** with prejudice and without the assessment of costs or attorney fees to any party.

**IT IS FURTHER ORDERED** that this Order resolves the last claim(s) in this case and closes this case.

**IT IS SO ORDERED.**

Respectfully submitted,


/s/ Colin G. Meeker
Colin G. Meeker (0092980)
BLAKEMORE, MEEKER & BOWLER CO. LPA
495 Portage Lakes Drive
Akron, OH 44319
330-253-3337
cgm@bmblaw.com


With permission:


/s/ Alyssa F. Ricker
ALYSSA F. RICKER (33778-45)
Attorney for Defendant


Dated: _____                    _____
                                                  Hon. Holly A Brady



CERTIFICATE OF SERVE

        I, hereby certify that a copy of the foregoing was sent via electronic mail on the 30th day of January. 2026 to:

Alyssa Ricker, Esq.
Alyssa.ricker@skofirm.com

                                          /s/ Colin G. Meeker
                                          Colin G. Meeker (0092980)